NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3181

RICKEY TRAVIS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Christopher D. Vaughn, Melville Johnson, P.C., of Atlanta, Georgia, for petitioner.

William P. Rayel, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from: United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3181

RICKEY TRAVIS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

In CASE NO(S).      DA3443060486-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, Circuit Judge, FRIEDMAN, Senior Circuit Judge and PROST, Circuit Judge).

**AFFIRMED.** See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED     December 7, 2007         /s/ Jan Horbaly
                                         Jan Horbaly, Clerk